IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHEA J. GILLIAMS,
    Petitioner,

vs.                                                         Case No.: 3:12cv341/RV/EMT

KENNETH S. TUCKER,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 18, 2012 (doc. 8). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's Motion for Voluntary Dismissal (doc. 7) is **GRANTED** and this action is dismissed without prejudice.

**DONE AND ORDERED** this 20th day of November, 2012.

                                                                /s/ *Roger Vinson*
                                                                 **ROGER VINSON**
                                                                  **SENIOR UNITED STATES DISTRICT JUDGE**